**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 93 MAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
KHIRY LAMAR BOSTON, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.